# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., *et al.*,<br><br>    Defendants. | MDNC Case No. 1:17-cv-00174<br><br>**VOLUNTARY DISMISSAL** |

  Plaintiff Jody E. Ratcliff, through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the allegations contained in the Complaint as to "R&S Automotive" and "R&S Automotive Service, LLC," without prejudice.

  This the 4th day of May, 2017.

                s/William M. Graham
                William M. Graham
                N.C. Bar No. 17972
                Wallace & Graham, P.A.
                525 N. Main Street
                Salisbury, NC 28144
                Tel: 704-633-5244
                Fax: 704 633-9434

                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record that have made an appearance in this case.

This the 4th day of May, 2017.

s/William M. Graham
William M. Graham
*Attorney for Plaintiff*
