# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JODY E. RATCLIFF,                      )
                                       )
                  Plaintiff,           )
                                       )          1:17-CV-174
                                       )
            v.                         )
                                       )
AMERICAN HONDA                         )
MOTOR CO. INC., et al.,                )
                                       )
                  Defendants.          )

## ORDER

THIS MATTER is before the Court on the Joint Motion of the defendants Colgate-Palmolive Co., Revlon, Inc. and Revlon Consumer Products Corporation to dismiss purported crossclaims of the defendants Revlon, Inc. and Revlon Consumer Products Corporation against the defendant Colgate-Palmolive Co. for the reasons stated in the Joint Motion, and for cause shown;

**IT IS THEREFORE ORDERED** that the Joint Motion, Doc. 253, is **GRANTED**, and the purported crossclaims of the defendants Revlon, Inc. and Revlon Consumer Products Corporation that were or could have been brought against the defendant Colgate-Palmolive Co. are hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED**, this the 11th day of July, 2017.


UNITED STATES DISTRICT JUDGE