IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JODY E. RATCLIFF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:17-CV-174 |
| AMERICAN HONDA MOTOR CO. INC., et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT BRITISH AMERICAN TOBACCO PLC WITHOUT PREJUDICE

This matter is before the court on the Joint Motion of the plaintiff Jody E. Ratcliff and the defendant British American Tobacco p.l.c., to dismiss the defendant British American Tobacco p.l.c. For good cause shown, and pursuant to the authority of Federal Rule of Civil Procedure 41(a)(2):

**IT IS THEREFORE ORDERED** that the joint motion, Doc 219, is **GRANTED**, and all claims of the plaintiff Jody E. Ratcliff that were brought or could have been brought, against Defendant British American Tobacco p.l.c. in the present action are hereby **DISMISSED WITHOUT PREJUDICE**, without waiver of any of British American Tobacco p.l.c.'s defenses and with each party to bear her or its own costs, and reserving to the plaintiff her claims against all other parties.

This the 17th day of July, 2017.

UNITED STATES DISTRICT JUDGE