IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, | ) |
| Plaintiff, | ) )  1:17-CV-174 |
| v. | ) ) |
| AMERICAN HONDA MOTOR CO., INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER is before the Court on the Joint Motion of the defendant The Gillette Company and the plaintiff Jody E. Ratcliff to dismiss purported claims of the plaintiff Jody E. Ratcliff against the defendant The Gillette Company for the reasons stated in the Joint Motion, and for cause shown:

**IT IS THEREFORE ORDERED** that the Joint Motion, Doc. 275, is **GRANTED**, and the purported claims of the plaintiff Jody E. Ratcliff that were or could have been brought against the defendant The Gillette Company are hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED**, this the 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE