| | |
|---|---|
| Jody E. Ratcliff,<br><br>                        Plaintiff,<br><br>vs.<br><br>American Honda Motor Co. Inc.;<br>Auto Generator & Starter Service Inc.;<br>Avon Products Inc.;<br>Barnes Motor & Parts Co. Inc. (f/k/a Barnes<br>    Motor Co.);<br>BMW of North America LLC;<br>Bobbi Brown Professional Cosmetics Inc.;<br>BorgWarner Morse TEC LLC;<br>Brenntag Specialties Inc. (f/k/a Mineral and<br>    Pigment Solutions Inc. and Whittaker, Clark &<br>    Daniels Inc.);<br>British American Tobacco PLC (d/b/a Yardley<br>    and as successor to Yardley & Co. Ltd.);<br>Britain's Garage LLC:<br>Clinique Laboratories LLC;<br>Colgate-Palmolive Co.;<br>ConAgra Brands Inc. (f/k/a ConAgra Foods Inc.,<br>    individually and as successor to Beatrice<br>    Foods Co.; Esmark Inc.; and International<br>    Playtex Inc.);<br>Continental Automotive Systems Inc. (f/k/a<br>    Continental Teves Inc.);<br>Cyprus Amax Minerals Co.;<br>Dan Wise Chevrolet Inc.;<br>Dana Companies LLC;<br>Doug Henry Chevrolet Buick GMC Inc. (f/k/a<br>    Doug Henry Chevrolet Buick Pontiac GMC<br>    Truck Inc. and Doug Henry Chevrolet Buick<br>    Pontiac GMC Inc.);<br>Doug Henry Chevrolet Inc. (f/k/a Doug Henry<br>    Chevrolet Oldsmobile Inc.);<br>Edgewell Personal Care Co. (individually and as<br>    successor to Playtex Products Inc., f/k/a<br>    Playtex FP Group Inc, individually and as<br>    successor to Playtex Family Products Corp.<br>    and Playtex Holdings Inc.);<br>Edgewell Personal Care LLC (f/k/a Energizer | Civil Action No.: 1:17-CV-00174 |

Personal Care LLC, individually and as successor to Playtex Products Inc., f/k/a Playtex FP Group Inc., individually and as successor to FlaytQX Family Products Corp. and Playtex Holdings Inc.);
Estee Lauder Inc.;
Frema Motors Inc.;
Ford Motor Co.;
Gene Taylor Inc. (f/k/a Gene Taylor Chevrolet Inc. and Gene Taylor Chevrolet-GMC Inc.);
Genuine Parts Co.;
Hennessy Industries Inc.;
Honeywell International Inc. (f/k/a Allied Signal Inc., as successor to the Bendix Corp.);
Imerys Talc America Inc. (f/k/a Luzenac America Inc.);
L'Oreal SA (individually and as successor to The Maybelline Co. and Maybelline Inc.);
L'Oreal USA Creative Inc. (d/b/a Maybelline and f/k/a Maybelline Cosmetics Corp., individually and as successor to The Maybelline Co. and Maybelline Inc.);
L'Oreal USA Inc. (f/k/a Cosmair Inc.);
Maremont Corp.;
Massey Motor Co.;
Maybelline LLC;
Mitsubishi Motors North America Inc.;
National Automotive Parts Association Inc.;
Navistar Inc. (f/k/a International Truck and Engine Corp.);
Nissan North America Inc.;
Paul Benton Motors of North Carolina LLC (individually and as successor to Gene Taylor Inc.; Gene Taylor Chevrolet Inc.; and Gene Taylor Chevrolet-GMC Inc.);
Personal Care Products Council (f/k/a Cosmetics, Toiletries, and Fragrance Association);
Playtex Products LLC (individually and as successor to Playtex Products Inc., f/k/a Playtex FP Group Inc., individually and as successor to Playtex Family Products Corp. and Playtex Holdings Inc.);
R&S Automotive;
R&S Automotive Service LLC;
Revlon Inc.;
Revlon Consumer Products Corp.;

Sale Auto Mall Inc. (f/k/a Sale Chevrolet, Buick,
   BMW Inc. and Sale Chevrolet-BMW Inc., and
   as successor to Poole Buick Co. Inc.);
Sale Automotive Group Inc.;
Sale Ford LLC;
Standard Motor Products Inc.;
Tampbrands Inc.;
Target Corp.;
Tilghman's Garage LLC;
The Estee Lauder Companies Inc.;
The Gillette Co.;
The Procter & Gamble Co. (individually and as
   successor to Yardley of London and The
   Gillette Co.);
Toyota Motor Sales USA Inc.;
Walgreen Co.;
White Owl Parts Co. Inc.
Whittaker, Clark & Daniels Inc.;
Winner Chevrolet Inc.;
Wynn Odom Ford Inc.,

      Defendants.

## JOINT MOTION TO DISMISS PURPORTED CROSSCLAIMS OF DEFENDANTS REVLON, INC. AND REVLON CONSUMER PRODUCTS CORPORATION AGAINST DEFENDANT BOBBI BROWN PROFESSIONAL COSMETICS INC.

  NOW COME Defendants Revlon, Inc. and Revlon Consumer Products Corporation, and Defendant, Bobbi Brown Professional Cosmetics Inc., by and through counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing without prejudice, all the purported crossclaims of Defendants Revlon, Inc. and Revlon Consumer Products Corporation that were or could have been brought against Bobbi Brown Professional Cosmetics Inc., but no other defendant, in this civil action. The parties agree that all costs shall be taxed to the party incurring same.

  This 31st day of July, 2017

By: ___/s/ Teresa E. Lazzaroni    By: ___/s/ John T. Holden
  NC State Bar No. 13582      NC State Bar No. 37416
  Hawkins Parnell Thackson Young, LLP Dickie McCamey Chilcote, PC

303 Peachtree Street, NE, Suite 400  2115 Rexford Road, Suite 210
Atlanta, GA 30308  Charlotte, NC 28211
*Attorney for Defendants Revlon, Inc.*  *Attorney for Bobbi Brown Professional*
*and Revlon Consumer Products*  *Cosmetics Inc.*
*Corporation*

By: ___/s/ Edward P. Abbot
    Hawkins Parnell Thackson Young, LLP
    New York State Bar No. 2055473
    New Jersey Bar No. 001381986
    Pennsylvania Bar No. 71943
    Massachusetts Bar No. 568984
    600 Lexington Avenue, 8th Floor
    New York, NY 10022-7678
    *Attorney for Defendants Revlon, Inc.*
    *and Revlon Consumer Products*
    *Corporation*

# CERTIFICATE OF SERVICE

I, John T. Holden, Esq., hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO DISMISS PURPORTED CROSSCLAIMS OF DEFENDANTS REVLON, INC. AND REVLON CONSUMER PRODUCTS CORPORATION AGAINST DEFENDANT BOBBI BROWN PROFESSIONAL COSMETICS INC.** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: s/John T. Holden
John T. Holden, Esquire
*Attorney for Bobbi Brown Professional Cosmetics Inc.*

5916642.1