IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JODY E. RATCLIFF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 1:17-CV-174 |
| v. | ) | |
| | ) | |
| AMERICAN HONDA MOTOR CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on the Joint Motion of the defendants The Gillette Company, Revlon, Inc. and Revlon Consumer Products Corporation to dismiss purported crossclaims of the defendants Revlon, Inc. and Revlon Consumer Products Corporation against the defendant The Gillette Company for the reasons stated in the Joint Motion, and for cause shown:

**IT IS THEREFORE ORDERED** that the Joint Motion, Doc. 272, is **GRANTED**, and the purported crossclaims of the defendants Revlon, Inc. and Revlon Consumer Products Corporation that were or could have been brought against the defendant The Gillette Company are hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED**, this the 31st day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE