IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
File No. 1:17-cv-00174

JODY E. RATCLIFF,

    Plaintiff,

vs.

AMERICAN HONDA MOTOR CO. INC., et al.,

    Defendants,

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DANA COMPANIES LLC

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, Jody E. Ratcliff, through undersigned counsel, hereby stipulates and agrees to dismiss all claims of Plaintiff Jody E. Ratcliff, against Defendant Dana Companies LLC without prejudice with each party to bear its own costs.

| WALLACE AND GRAHAM, P.A. | HAYNSWORTH SINKLER BOYD, P.A. |
|---|---|
| /s/ William M. Graham | /s/ W. David Conner |
| WILLIAM M. GRAHAM | W. David Conner |
| EDWARD L. PAULEY | E-mail:dconner@hsblawfirm.com |
| MICHAEL B. PROSS | Moffatt G. McDonald |
| JOHN HUGHES | E-mail: mmcdonald@hsblawfirm.com |
| 525 NORTH MAIN STREET | Scott E. Frick |
| SALISBURY, NC 28144 | E-mail: sfrick@hsblawfirm.com |
| 704.633.5244 – phone | Christopher B. Major, NC No. 31663 |
| 704.633.9434 – fax | E-mail: cmajor@hsblawfirm.com |
| bgraham@wallacegraham.com | Post Office Box 2048 |
| epauley@wallacegraham.com | Greenville, SC 29602 |
| mpross@wallacegraham.com | (864) 240-3200 – phone |
| jhughes@wallacegraham.com | (864) 240-3300 – fax |
| | *Local Civil Rule 83.01 Counsel* |
| Counsel for Plaintiff | Counsel for Defendant Dana Companies LLC |

1