IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:-17-CV-174 |
| AMERICAN HONDA, et al., | ) |
| Defendants. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on September 13, 2017, was served on the parties. Docs. 303, 304. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the motion to dismiss by the defendant Tilghman's Garage, LLC, Doc. 103, is **GRANTED**, the motion for summary judgment by the defendant Britain's Garage, LLC, Doc. 212, is **GRANTED**, and the motion for summary judgment by the defendant White Owl Parts Co., Inc., Doc. 217, is **GRANTED**.

This the 11th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE