IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-cv-00174

| | |
|---|---|
| Jody E. Ratcliff,<br><br>    Plaintiff,<br><br>v.<br><br>American Honda Motor Co. Inc., *et al.*,<br><br>    Defendants. | **DISMISSAL WITH PREJUDICE OF PERSONAL CARE PRODUCTS COUNCIL** |

COMES NOW, the Plaintiff, JODY E. RATCLIFF, and pursuant to FRCP 41, hereby dismisses all of her claims and causes of action asserted against the Defendant PERSONAL CARE PRODUCTS COUNCIL (PCPC). This dismissal shall be with prejudice, each party to bear her or its own costs.

Dated this 30th day of October, 2017.

/s/ *William M. Graham*
William M. Graham, Esq.
(NC Bar No. 17972)
Mona L. Wallace, Esq.
John Hughes, Esq.
525 North Main St.
Salisbury, NC 28144
Phone: (704)633-5344
bgraham@wallacegraham.com
mwallace@wallacegraham.com
jhughes@wallcegraham.com

Darron E. Berquist, Esq. (*pro hac vice*)
The Lanier Law Firm PLLC
126 East 56th St., 6th Fl.
New York, NY 10022
Phone: (212)421-2800
darron.berquist@lanierlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                Respectfully submitted,

                WALLACE and GRAHAM, P.A.
                Attorneys for Plaintiffs

                /s/ *William M. Graham*
                William M. Graham, Esq. (NC Bar No. 17972)
                Mona Lisa Wallace (NC Bar No. 9021)
                John S. Hughes (NC Bar No. 22126)
                525 North Main Street
                Salisbury, NC 28144
                Tel. No. (704)633-5244
                Fax: (704)633-9434
                bgraham@wallacegraham.com
                mwallace@wallacegraham.com
                jhughes@wallacegraham.com