IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR | ) | |
| CO. INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on December 18, 2017, was served on the parties. Docs. 336, 337. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS ORDERED** that the uncontested motion for summary judgment by the defendant Wynn Odom Ford, Inc., Doc. 321, is **GRANTED** and the case against this defendant is **DISMISSED**.

This the 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE