IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Jody E. Ratcliff,<br><br>    Plaintiff,<br><br>v.<br><br>American Honda Motor Co. Inc., et al.,<br><br>    Defendants. | 1:17-CV-174 |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff Jody E. Ratcliff's claims against Defendant Avon Products, Inc. pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Doc. 338.

For the reasons stated in the joint motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion is **GRANTED,** and the claims of the plaintiff Jody E. Ratcliff's against the defendant Avon Products, Inc. are hereby **DISMISSED WITH PREJUDICE,** each party to bear her or its own costs. To the extent that any cross-claims by or against the defendant Avon Products, Inc. exist, those cross-claims are also hereby dismissed.

This the 4th day of January, 2018.

                                                    UNITED STATES DISTRICT JUDGE