IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-174 |
| | ) | |
| AMERICAN HONDA MOTOR CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on July 23, 2018, was served on the parties. Docs. 346, 347. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS ORDERED** that the renewed motions to dismiss Count 8 filed by Ford Motor Company, Doc. 317, and Hennessy Industries, Doc. 318, are **GRANTED**, and Count 8 is **DISMISSED** as to the defendants Ford Motor Company and Hennessy Industries, Inc.

This the 13th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE