IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JODY E. RATCLIFF,

       Plaintiff,

   v.

AMERICAN HONDA MOTOR CO.
INC., et al.,

       Defendants.

1:17-CV-174

## **ORDER**

THIS MATTER is before the Court upon a joint motion by the plaintiff, Jody E. Ratcliff, and the defendant, BMW of North America, LLC to dismiss without prejudice, all claims against BMW of North America, LLC, in this matter.   Doc. 360.

It appearing that grounds exist to permit the plaintiff to voluntarily dismiss this action against BMW of North America, LLC without prejudice, and that the motion should be granted for good cause shown;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff Jody E. Ratcliff against the defendant, BMW of North America, LLC be dismissed without prejudice, with each party to bear its own costs.

This the 16th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

NPGBO1:2668155.1