IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JODY E. RATCLIFF, | |
|---|---|
| Plaintiff, | |
| v. | 1:17-CV-174 |
| AMERICAN HONDA MOTOR CO. INC., et al. | |
| Defendants. | |

## ORDER

THIS MATTER is before the Court upon motion by the plaintiff, Jody E. Ratcliff, and the defendant, Conagra Brands, Inc., f/k/a Conagra Foods Inc., Individually and as Successor to Beatrice Foods Co., and Esmark, Inc. to dismiss without prejudice, all claims against it in this matter. It appears that grounds exist to permit the plaintiff to voluntarily dismiss this action against Conagra Brands, Inc., f/k/a Conagra Foods Inc., Individually and as Successor to Beatrice Foods Co., and Esmark, Inc., without prejudice, and that the motion should be granted for good cause shown;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the motion, Doc. 362, is **GRANTED** and the action of the plaintiff, Jody E. Ratcliff against the defendant, Conagra Brands, Inc., f/k/a Conagra Foods Inc., Individually and as Successor to Beatrice Foods Co., and Esmark, Inc., is **DISMISSED** without prejudice, with each party to bear its own costs.

This 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE