IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:17-CV-174 |
| AMERICAN HONDA MOTOR CO., ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court upon a joint motion by the plaintiff, Jody E. Ratcliff, and the defendant, Edgewell Personal Care Company to dismiss without prejudice, all claims against Edgewell Personal Care Company in this matter.

It appearing that grounds exist to permit the plaintiff to voluntarily dismiss this action against Edgewell Personal Care Company without prejudice, and that the motion should be granted for good cause shown;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff, Jody E. Ratcliff against the defendant, Edgewell Personal Care Company be dismissed without prejudice, with each party to bear its own costs.

This the 14th day of September, 2018.

UNITED STATES DISTRICT JUDGE