IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court upon a joint motion by the plaintiff, Jody E. Ratcliff, and the defendant, L'Oreal USA Creative Inc. to dismiss without prejudice, all claims against L'Oreal USA Creative Inc., in this matter.

It appearing that grounds exist to permit the plaintiff to voluntarily dismiss this action against L'Oreal USA Creative Inc. without prejudice, and that the motion should be granted for good cause shown;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff, Jody E. Ratcliff against the defendant, L'Oreal USA Creative Inc. be dismissed without prejudice, with each party to bear its own costs.

This the 14th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE