IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-CV-174 |
| ) | |
| AMERICAN HONDA MOTOR CO, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court upon the Joint Motion to Dismiss Plaintiff Jody E. Ratcliff's claims against Defendant, Standard Motor Products, Inc. without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Document 380. It appears that grounds exist to permit the plaintiff to voluntarily dismiss this action against Standard Motor Products, Inc., without prejudice, and that the motion should be granted;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the joint motion is **GRANTED** and the claims of plaintiff Jody E. Ratcliff against defendant Standard Motor Products, Inc. are **DISMISSED** without prejudice, with each party to bear their own costs.

This the 19th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE