IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     1:17-CV-174 |
| | ) |
| AMERICAN HONDA MOTOR CO, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

THIS MATTER is before the Court upon a joint motion by the plaintiff, Jody E. Ratcliff and defendant Hennessy Industries, LLC f/k/a Hennessy Industries, Inc. ("Hennessy") to dismiss without prejudice, all claims against Hennessy in this matter.

It appearing that grounds exist to permit plaintiff to voluntarily dismiss this action against Hennessy, without prejudice, and that the motion should be granted for good cause shown.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of plaintiff against Hennessy be dismissed without prejudice, with each party to bear its own costs.

This the 25th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE