IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:17-CV-174 |
| | ) |
| AMERICAN HONDA MOTOR CO, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court upon the joint motion by the plaintiff, Jody E. Ratcliff, and the defendant, Frema Motors, Inc., to dismiss without prejudice, all claims against Frema Motors, Inc., in this matter. Doc. 394.

It appearing that grounds exist to permit the plaintiff to voluntarily dismiss this action against Frema Motors, Inc., without prejudice, and that the motion should be granted for good cause shown;

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff, Jody E. Ratcliff against the defendant, Frema Motors, Inc., be dismissed.

This the 22nd day of October, 2018.

UNITED STATES DISTRICT JUDGE