IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO. INC., ET AL.<br><br>    Defendants. | 1:17-CV-174 |

## ORDER

THIS MATTER is before the Court upon a joint motion by the plaintiff Jody E. Ratcliff and defendant BorgWarner Morse, TEC, LLC ("BorgWarner"), to dismiss without prejudice all claims against BorgWarner in this matter.

IT APPEARING that grounds exist to permit the plaintiff to voluntarily dismiss this action against BorgWarner, without prejudice, and that the motion should be granted for good cause show.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff against BorgWarner be dismissed without prejudice, with each party to bear its own costs.

This the 29th day of November, 2018.

                                          UNITED STATES DISTRICT JUDGE