IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JODY E. RATCLIFF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:17-CV-174 |
| AMERICAN HONDA MOTOR CO. INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on the Joint Motion to Dismiss Plaintiff's claims against Defendant Winner Chevrolet, Inc. without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Doc. 413.

It appearing that grounds exist to permit the Plaintiff to voluntarily dismiss the action against Defendant Winner Chevrolet, Inc. without prejudice, and that the motion should be granted for good cause shown;

**IT IS, THEREFORE, ORDERED** that Plaintiff's claims against Defendant Winner Chevrolet, Inc. in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own cost.

This the 4th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE