IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JODY E. RATCLIFF, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   File No. 1:17-CV-174-CCE-JEP |
| | ) |
| AMERICAN HONDA MOTOR | ) |
| CO. INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on February 13, 2019, Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. (collectively, the "**Debtors**") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are now pending before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Imerys Talc America, Inc., et al.*, Chapter 11 Case No. 19-10289 (Imerys Talc America, Inc.), No. 19-10291 (Imerys Talc Vermont, Inc.), and No. 19-10292 (Imerys Talc Canada Inc.).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant Imerys Talc America, Inc. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…" 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed Claims and Noticing Agent, Prime Clerk, LLC, at https://cases.primeclerk.com/imerystalc , or by contacting counsel for the Debtors: (a) Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Mark D. Collins, Esq., Michael J. Merchant, Esq., and Amanda R. Steele, Esq.) and (b) Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071 (Attn: Jeffrey E. Bjork, Esq. and

Helena G. Tseregounis, Esq.), Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800 Chicago, Illinois 60611 (Attn: Richard A. Levy, Esq.), and Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: George A. Davis, Esq. and Keith A. Simon, Esq.).

This 13th day of February, 2019.

/s/ Timothy Peck_____
Timothy Peck (N.C. Bar Number: 9991)
FOX ROTHSCHILD LLP
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5307
Fax:  (336) 433-7471
E-mail: tpeck@foxrothschild.com

Attorneys for Imerys Talc America, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2019, I electronically filed the foregoing "Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings" with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system, and I hereby certify that I have thereby electronically served the document upon all counsel in this action registered with the CM/ECF system.

This 13th day of February, 2019.

/s/ Timothy Peck
Timothy Peck (N.C. Bar Number: 9991)
FOX ROTHSCHILD LLP
300 North Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5307
Fax: (336) 433-7471
E-mail: tpeck@foxrothschild.com