IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR CO. INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT SALES FORD, LLC AND SALE AUTOMOTIVE GROUP, INC.

THIS MATTER is before the Court upon a joint motion by the Plaintiff, Jody E. Ratcliff, and the Defendants, Sale Ford, LLC and Sale Automotive Group, Inc., to dismiss without prejudice, all claims against Sale Ford, LLC and Sale Automotive Group, Inc., in this matter.

It appearing that grounds exist to permit the Plaintiff to voluntarily dismiss the action against Sale Ford, LLC and Sale Automotive Group, Inc., without prejudice, and that the motion should be granted for good cause shown:

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the Plaintiff, Jody E. Ratcliff against the Defendants, Sales Ford, LLC and Sale Automotive Group, Inc., be dismissed.

This the 26th day of February, 2019.

UNITED STATES DISTRICT JUDGE