IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR CO. INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT MASSEY MOTORS COMPANY

THIS MATTER is before the Court upon a joint motion by the Plaintiff, Jody E. Ratcliff, and the Defendant, Massey Motors Company, to dismiss without prejudice, all claims against Massey Motors Company, in this matter.

It appearing that grounds exist to permit the Plaintiff to voluntarily dismiss the action against Massey Motors Company, without prejudice, and that the motion should be granted for good cause shown:

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the Plaintiff, Jody E. Ratcliff against the Defendant Massey Motors Company, be dismissed.

This the 25th day of March, 2019.

UNITED STATES DISTRICT JUDGE