IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR | ) | |
| CO. INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff, JODY E. RATCLIFF, and Defendant, CONTINENTAL AUTOMOTIVE SYSTEMS, INC., to dismiss with prejudice, all claims against CONTINENTAL AUTOMOTIVE SYSTEMS, INC. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against CONTINENTAL AUTOMOTIVE SYSTEMS, INC., with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion, Doc. 497, is GRANTED and the action of Plaintiff, JODY E. RATCLIFF, against Defendant, CONTINENTAL AUTOMOTIVE SYSTEMS, INC., is DISMISSED with prejudice, with each party to bear its own costs.

This, the 2nd day of May, 2019.

                                                    UNITED STATES DISTRICT JUDGE