IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JODY E. RATCLIFF, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-174 |
| | ) | |
| AMERICAN HONDA MOTOR CO. INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

THIS MATTER is before the Court upon a joint motion by the Plaintiff, Jody E. Ratcliff, and Defendant American Honda Motor Co., Inc. to dismiss without prejudice, all claims against American Honda Motor Co., Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against American Honda Motor Co., Inc., without prejudice, and that the motion should be granted for good cause shown.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of Plaintiff against American Honda Motor Co., Inc. be dismissed without prejudice, with each party to bear her or its own costs.

This the 9th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE