IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, | ) |
|              Plaintiff, | ) |
| | ) |
|     v. | )   1:17-CV-174 |
| | ) |
| AMERICAN HONDA MOTOR CO. INC., | ) |
| et al. | ) |
| | ) |
|              Defendants. | ) |

## ORDER

THIS MATTER is before the Court upon a joint motion by the Plaintiff, Jody E. Ratcliff, and Defendant Mitsubishi Motors North America, Inc. to dismiss without prejudice, all claims against Mitsubishi Motors North America, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Mitsubishi Motors North America, Inc., without prejudice, and that the motion should be granted for good cause shown.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of Plaintiff against Mitsubishi Motors North America, Inc. be dismissed without prejudice, with each party to bear her or its own costs.

This the 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE