IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-CV-174 |
| ) | |
| AMERICAN HONDA MOTOR CO. INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court upon a joint motion by the Plaintiff, Jody E. Ratcliff, and Defendant Navistar, Inc. to dismiss with prejudice, all claims against Navistar, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Navistar, Inc., with prejudice, and that the motion should be granted for good cause shown.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of Plaintiff against Navistar, Inc. be dismissed with prejudice, with each party to bear her or its own costs.

This the 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE