IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:17-CV-174 |
| ) | |
| AMERICAN HONDA MOTOR CO. INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court, with the consent and approval of parties to dismiss the captioned plaintiffs' claims against only Defendant Toyota Motor Sales USA, Inc., pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown, **IT IS THEREFORE ORDERED** that the claims of Plaintiff, Jody E. Ratcliff against Defendant Toyota Motor Sales USA, Inc., are **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

This the 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE