IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JODY RATCLIFF,

    Plaintiff,

v.

AMERICAN HONDA MOTOR CO., INC., *et al.*,

    Defendants.

1:17-CV-174

## ORDER

THIS MATTER is before the Court on the joint motion to dismiss by the plaintiff, Jody E. Ratcliff, and defendants Barnes Motor & Parts Co., Inc., Genuine Parts Company, and National Automotive Parts Association, Inc. Doc. 560. Good cause exists to permit the plaintiff to voluntarily dismiss this action against defendants Barnes Motor & Parts Co., Inc., Genuine Parts Company, and National Automotive Parts Association, Inc., with prejudice, and that the motion should be granted.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the action of the plaintiff against defendants Barnes Motor & Parts Co., Inc., Genuine Parts Company, and National Automotive Parts Association, Inc. be and is dismissed with prejudice, with each party to bear her or its own costs.

This the 19th day of August, 2019.

                                                                           UNITED STATES DISTRICT JUDGE