IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JODY RATCLIFF, )
 )
        Plaintiff, )
 )
        v. ) 1:17-CV-174
 )
AMERICAN HONDA MOTOR CO. )
INC., )
 )
        Defendants. )

## FINAL JUDGMENT

For the reasons set forth in the Order filed November 5, 2019,

It is hereby **ORDERED AND ADJUDGED** that:

1. The defendant Honeywell International, Inc.'s motion for summary judgment, Doc. 468, is **GRANTED**.

2. The defendants Ford Motor Company, Brenntag Specialties, Inc. and Whittaker, Clark & Daniels Inc.'s motion for summary judgment, Doc. 475, is **GRANTED**.

3. All claims against these defendants are **DISMISSED** with prejudice.

4. This Judgment resolves all remaining claims and the Clerk is directed to close the case.

This the 7th day of November, 2019.

                                                  UNITED STATES DISTRICT JUDGE