IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JODY E. RATCLIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-CV-174 |
| ) | |
| AMERICAN HONDA MOTOR ) | |
| CO. INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

THIS MATTER is before the Court upon motion by Plaintiff, JODY E. RATCLIFF, and Defendant, CYPRUS AMAX MINERALS COMPANY, to dismiss with prejudice, all claims against CYPRUS AMAX MINERALS COMPANY in this matter. Doc. 572.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against CYPRUS AMAX MINERALS COMPANY, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, JODY E. RATCLIFF, against Defendant, CYPRUS AMAX MINERALS COMPANY, be dismissed with prejudice, with each party to bear its own costs.

This, the 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE